## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>INTERNATIONAL BOND & MARINE, LTD.,<br><br>　　　Defendants. | Court No. <u>21-611</u> |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, the United States, herebygives notice pursuant to Rule 41(a)(1)(A), Rules of the United States Court of International Trade, that this action is voluntarily dismissed.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　/s/Patricia M. McCarthy
　　　　　　　　　　　　　　　　　　PATRICIA M. McCARTHY
　　　　　　　　　　　　　　　　　　Director

　　　　　　　　　　　　　　　　　　/s/ Catharine M. Parnell
　　　　　　　　　　　　　　　　　　CATHARINE M. PARNELL
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Commercial Division
　　　　　　　　　　　　　　　　　　Department of Justice
　　　　　　　　　　　　　　　　　　P.O. Box 480, Ben Franklin StationWashington,
　　　　　　　　　　　　　　　　　　D.C. 20044(202) 532-3467
　　　　　　　　　　　　　　　　　　(202) 353-0461 (fax)

　　　　　　　　　　　　　　　　　　OF COUNSEL
　　　　　　　　　　　　　　　　　　ALEXANDER L. JUDKA
　　　　　　　　　　　　　　　　　　U.S. Customs and Border Protection
　　　　　　　　　　　　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　Dated: 17 March 2022